# Order

**Lansing, Michigan**

June 23, 2021

Bridget M. McCormack,
Chief Justice

163147(36)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

LIVINGSTON COUNTY HOCKEY
ASSOCIATION, INC.,
          Petitioner-Appellant,

v

TOWNSHIP OF GENOA,
          Respondent-Appellee.

_____/

SC: 163147
COA: 352715
Tax Tribunal: 18-000021-TT

      On order of the Chief Justice, the motion of respondent-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before July 29, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2021



Clerk